**Order filed February 9, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00900-CV

## CITIGROUP GLOBAL MARKETS REALTY CORPORATION, Appellant

## V.

## STEWART TITLE GUARANTY COMPANY, Appellee

*and*

## NO. 14-11-00901-CV

## K.R. PLAYA VI, S. DE R.L., DE C.V., Appellant

## V.

## STEWART TITLE GUARANTY COMPANY, Appellee

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-03256**

---

## ORDER

The reporter's record in this case was originally due **October 28, 2011**. *See* Tex. R. App. P. 35.1. **Marijane Stomberg** has not filed her portion of the reporter's record.

The court has not received a request to extend time for filing the record. We therefore issue the following order.

We order **Marijane Stomberg** to file her portion of the record in this appeal **within 30 days of the date of this order.** If **Marijane Stomberg** does not timely file her portion of the record as ordered, the court may issue a show cause order directing her to appear before this court on a date certain to show cause why she should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM